# ℬ RESOLVE LEGAL PLLC
## A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

---

Patricia Sawyer  
1413 Harrington Ave SE  
Renton, WA 98058

November 25, 2008

**In Reference To:** RL Chapter 13  
**Invoice #:** 5142

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 6/13/08 | TDH | Intake meeting for abusive lending issue with Pat Sawyer (1.1); bankruptcy intake (.7) (NO CHARGE) | 1.80 | 0.00 |
| 6/19/08 | TDH | Phone call to Pat Sawyer re questions from real estate contacts re trustees sale. | 0.10 | 22.50 |
| 7/24/08 | KS | Organize and review information to create file; input some information into schedules; due to lack of information or confusing documents, will need more detailed review and communication at a later time. | 1.50 | 187.50 |
| 9/02/08 | TDH | Analyze date and notice requirements for TRO re foreclosure action. | 0.60 | 135.00 |
| 9/09/08 | TDH | Begin review of mortgage. | 0.40 | 90.00 |
| 9/10/08 | TDH | Review loan documents. | 2.10 | 472.50 |
| 9/12/08 | TDH | Review short-filing documents, explain procedure and sign Chapter 13 short-form filing with Pat. | 1.50 | 337.50 |
| | KS | Met with client & T. Hill to go over emergency filing steps, gather more information, and answer questions re her bankruptcy; file her short-petition bankruptcy (NO CHARGE) | 2.00 | 0.00 |
| 9/24/08 | KS | Work on schedule prep; spoke with client very briefly a few times to clarify confusing information. | 2.00 | 250.00 |
| 9/25/08 | TDH | Evaluate materials provided by Client with K.Swanson; phone call with Pat to analyze her assets. | 1.20 | 270.00 |
| | KS | Phone call from client to discuss financial accounts | 0.20 | 25.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
|  | KS | Discuss with T. Hill re secured creditor issue re vehicle; discussion of exemptions; call to creditor by T. Hill and further discussion due to additional information | 0.50 | 62.50 |
| 10/03/08 | SC | Conference with T. Darling Hill re strategy. | 0.30 | 88.50 |
|  | TDH | Review and modify exemptions (2.5); draft plan (.5). | 3.00 | 675.00 |
|  | TDH | Review schedules. | 1.00 | 225.00 |
|  | TDH | Review plan, schedules, and discuss contingencies and consequences with Pat. | 1.20 | 270.00 |
|  | TT | Conference with T. Hill, S. Crocker re Chapter 13 plan language and predatory lending claims (NO CHARGE) | 0.50 | 0.00 |
|  | TT | Conference with T. Hill re Chapter 13 plan language (NO CHARGE) | 0.20 | 0.00 |
|  | KS | T. Hill and I met with client to discuss options re case; re strategy for future financial planning; provided scenarios for client to make decision re her case (NO CHARGE). | 2.00 | 0.00 |
| 10/06/08 | TDH | Complete draft of Pat's plan. | 1.30 | 292.50 |
|  | TDH | Review schedules and edit plan (2.); explain plan and examine schedules and sign plan with client (1.1). | 3.10 | 697.50 |
|  | KS | Meet with client & T. Hill (NO CHARGE) | 2.50 | 0.00 |
| 10/07/08 | KS | Create and file POS of plan and serve to creditors | 0.50 | 62.50 |
| 10/17/08 | KS | Left message with client to meet T. Hill for 8:30 341 hearing. | 0.20 | 25.00 |
| 10/20/08 | TDH | Attend 341 hearing with Pat. | 1.20 | 270.00 |
| 11/19/08 | TDH | Discussion with Mark Moburg re: continuation. | 0.40 | 90.00 |
|  |  | For professional services rendered | 31.30 | $4,548.50 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 8/28/08 | Credit Counseling | 49.00 |
| 9/23/08 | USBC Filing Fee | 274.00 |
| 10/07/08 | Photocopies | 11.30 |

|                              |          |
|------------------------------|---------:|
| Postage                      | 8.40     |
| Totals                       | $342.70  |
| **Total Fee & Disbursements**| **$4,891.20** |
| **Balance Now Due**          | **$4,891.20** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---:|---:|
| 6/26/08 | Received From: Patricia Sawyer |  | 1,823.00 |
|  | Trust Deposit-Ck # 7123 |  |  |
|  | Total Trust | $0.00 | $1,823.00 |
|  | **Trust Balance** |  | **$1,823.00** |