Honorable Philip H. Brandt
Chapter 13
Hearing Date: May 6, 2010
Hearing Time: 9:00 a.m.
Hearing Place: Courtroom 8106
Response Date: April 29, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>PATRICIA A. SAWYER,<br><br>            Debtor. | No. 08-15933-PHB<br><br>DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN and MOTION TO DISMISS CASE |

      Patricia A. Sawyer ("Debtor"), by and through counsel, Taryn M. Darling Hill and Resolve Legal PLLC, responds to the *Chapter 13 Trustee's Objection to Confirmation of Plan and Motion to Dismiss Case* as follows.

      Debtor is current in her plan payments and she has been from the inception of the case, excepting only a Court approved moratorium. Not only has Debtor made consistent plan payments, but through substantial effort, she has negotiated with the lien holder of her mortgage to arrive at a settlement encompassing agreed upon modification terms, which will enable her to remain in her home and will provide the creditor with the benefit of continued



720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

monthly payments and the upkeep and maintenance of the collateral that only an owner could provide.

The impetus for the Trustee's motion to dismiss appears to be based on the fact that the case is not currently confirmed, yet the Trustee concludes that "[the] adversary proceeding will likely need to be resolved before the debtor's plan can be confirmed[,]"

Although the Debtor shares the Trustee's concern that it has taken considerable time to arrive at a settlement with Countrywide, the burden of this delay was not caused by the Debtor, and she should not be penalized for it through a dismissal of her bankruptcy. Despite the parties' immediate efforts to work toward a solution, pursuit of modifications with lenders, and particularly with a lender bank who has been consumed by another lender bank, is an exercise in patience. All one need do is canvas recent news articles covering the status of modifications across the country to understand the snail's pace at which such modifications take place, if at all. Countrywide and Debtor reached final settlement of both modification and settlement terms on April 28, 2010, and Debtor filed a motion approving the settlement on shortened time on the same date. Because the Debtor is current on plan payments; the Trustee stands to get its full percentage for administrative costs; and the secured creditor is likely to benefit from the fruits of the plan, the Debtor requests that the Trustee's Motion to Dismiss be denied.

The Trustee's motion also includes an objection to confirmation of the Debtor's plan based upon the Chapter 13 Plan that was submitted on November 25, 2009. Debtor concedes that this plan is not reflective of results anticipated through the settlement of the adversary

DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S OBJECTION TO
CONFIRMATION OF PLAN and MOTION TO DISMISS CASE - 2

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

proceeding. Once the adversary has been completed, Debtor will take action necessary to

address the Trustee's concerns regarding the current plan.

DATED this 29th day of April 2010.

RESOLVE LEGAL PLLC


By  */s/ Taryn M. Darling Hill*
       Taryn M. Darling Hill, WSBA #38276
Attorneys for Debtor

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 29, 2010, I caused a copy of the foregoing to be served via CM/ECF on the following parties:

Michael Fitzgerald  courtmail@seattlech13.com

Gregory R. Fox on behalf of Defendant Countrywide Home Loans Inc
foxg@lanepowell.com , sea.bankruptcy.ecf@lanepowell.com; stephensont@lanepowell.com; Docketing-SEA@lanepowell.com

M Moburg on behalf of Creditor Countrywide Home Loans Inc  ecf@rcolegal.com

Melissa Romeo on behalf of Creditor Countrywide Home Loans Inc  ecf@rcolegal.com

Melissa W Romeo on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee  ecf@rcolegal.com

United States Trustee  USTPRegion18.SE.ECF@usdoj.gov

DATED this 29th day of April 2010, at Seattle, Washington.


/s/ Nancy Hunter
Nancy Hunter, CBA